```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA           :

       vs.                         :        CRIMINAL NO. 14-412-06

JOHN SPEISER
                                      :

**JUDGMENT OF ACQUITTAL/NOT GUILTY**

    **AND NOW**, this **14th** day of **May, 2015,** came the attorney for the Government and the defendant being present with counsel, and

[ ]    The Court having granted the defendant's motion for judgment of acquittal as to:

[ ]    A jury has been waived, and the Court has found the defendant not guilty as to:

[X]    The jury has returned its verdict, finding the defendant not guilty as to: Counts 1 & 26.

    **AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

                                              BY THE COURT:

                                              s/ Eduardo C. Robreno
                                              Eduardo C. Robreno

```
cc:   U.S. Marshal
      Probation Office
      T. Wzorek, AUSA
      M. McCartney, AUSA
      M. Diamondstein, Esq.

   5/14/15              RV
     Date             By Whom
```